FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KC DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD ANTHONY ROJAS,<br>Defendant. | Criminal Case No. 08cr2855-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine(Felony) |

The United States Attorney charges:

On or about July 27, 2008, within the Southern District of California, defendant RICHARD ANTHONY ROJAS, did knowingly and intentionally import 50 grams or more, to wit: approximately 4.65 kilograms (10.23 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/28/08.

KAREN P. HEWITT
United States Attorney

Jason Parks for

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
8/11/08